PDK/ ib USAO: 2023R00180

AO 91 (Rev. 11/11)  Criminal Complaint

# United States District Court
### for the
### District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| HARRISON WILLIAM PRESCOTT FLOYD, III<br>a/k/a WILLIE LEWIS FLOYD, III | ) ) ) ) | Case No.   23-mj-1217-AAQ |
| _Defendant(s)_ | ) | |

FILED ___ ENTERED
___ LOGGED ___ RECEIVED
May 03, 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ MD ____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 23, 2023 _____ in the county of _____ Montgomery _____ in the _____ District of _____ Maryland _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 111(a) | Simple Assault on a Federal Officer |

This criminal complaint is based on these facts:

See Affidavit

☒ Continued on the attached sheet.

_Complainant's signature_

SA Dennis P. McGrail, FBI

_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ May 3, 2023 _____

_Judge's signature_

City and state: _____ Greenbelt, Maryland _____

Hon. Ajmel A. Quereshi, US Magistrate Judge

_Printed name and title_