AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

HARRISON WILLIAM PRESCOTT FLOYD, III
a/k/a WILLIE LEWIS FLOYD, III

*Defendant*

Case No. 23-mj-1217-AAQ

☑ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

11:26 am, May 15 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____MD_____ Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* HARRISON WILLIAM PRESCOTT FLOYD, III a/k/a WILLIE LEWIS FLOYD, III,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about February 23, 2023, Harrison William Prescott Floyd, III a/k/a Willie Lewis Floyd, III, is charged with Simple Assault on a Federal Officer, in violation of 18 U.S.C. §111(a).

Date: 5/3/2023

*Issuing officer's signature*

City and state: Greenbelt, Maryland

Hon. Ajmel A. Quereshi, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/03/2023, and the person was arrested on *(date)* 05/15/2023
at *(city and state)* GREENBELT, MD.

Date: 05/15/2023

SA [signature]
*Arresting officer's signature*

Special Agent Dennis P. McGrail, Jr
*Printed name and title*