IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| v.  * | CASE NO. AAQ-23-mj-1217 |
| * | |
| HARRISON WILLIAM PRESCOT FLOYD, III * | |
| * | |
| Defendant  * | |
| * | |

*********

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States of America, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 48(a) and in the exercise of its prosecutorial discretion, and for good cause, hereby moves to dismiss without prejudice the criminal complaint in the above-captioned case. Counsel for the Defendant has informed the government that the defense does not object to the requested relief.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Timothy F. Hagan
Assistant United States Attorney
United States Courthouse, Suite 200
6500 Cherrywood Lane
Greenbelt, Maryland 20770-1249
301-344-4433

It is so ORDERED, this __7th__ day of January, 2026. The Criminal Complaint charging the above-captioned Defendant in the above-captioned matter is hereby dismissed without prejudice.

_____
Honorable Ajmel A. Quereshi
U.S. Magistrate Judge